Entered on Docket September 25, 2018

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Margaret D. Curtis,<br><br>                Debtor. | No. 17-14410<br><br>ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES |

This matter came before the above entitled Court on the motion of the Trustee to approve the sale of real property free and clear of liens. The Trustee, Edmund Wood, was represented by his attorney Michael Harris. This Court, being duly advised as to the premises, it is hereby

ORDERED that the Trustee is authorized to sell real property of this bankruptcy estate on the terms and conditions set forth below:

Street Address of Property:                    2828 N. 83rd St.
                                                                  Milwaukee, WI 53222

Legal description of Property
(Abbreviated):                                      LOT 21, BLOCK 7, NORMANDY PARK,
                                                                    MILWAUKEE COUNTY, MILWAUKEE

ORDER APPROVING SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS, ETC. - 1

Michael P. Harris, Attorney at Law
1001 Fourth Avenue, Ste. 4400
Seattle, WA 98154
(206)622-7434

| | |
|---|---|
| Parcel No.: | 303-0997-000-0 |
| Sale Price: | $95,000, or such higher price as the parties agree to in order to close the sale, plus a Buyer's Premium of $15,000, which is further discussed below. |
| Terms of Sale: | Cash at closing |
| Purchaser: | Stephen A. Fiebig |
| Purchaser's Address: | 285 E. Fieldstone Circle, Apt. 2<br>Oak Creek, WI 53154 |
| Costs of Sale: | The estate will pay the real estate agent a commission of 6% of the gross sale price or such lesser amount as the agents shall agree to; and the estate will pay customary costs of sale, including but not limited to title insurance premiums, real estate taxes due through the date of closing, excise tax, and one-half of the escrow fee. |
| Utility Liens: | The amount or existence of utility liens is usually not known until closing or later. The Trustee will pay utility liens from sale proceeds. |
| Encumbrances and approximate claim amounts (reflecting agreements, if any, to accept lesser amounts in satisfaction of lien claims) | |
| | Wisconsin Housing and Economic Development Authority $81,154.32 |
| | U.W. Credit Union $2,000.00 |

IT IS FURTHER ORDERED that said sale will be free and clear of all liens and encumbrances, except real and personal property taxes. Said liens and encumbrances will attach to the proceeds of sale with the same validity and to the same extent as they attached to the property being sold, with said liens and interests to be satisfied from the proceeds. The Trustee reserves the right to contest each encumbrance or alleged encumbrance. Notwithstanding the foregoing,

ORDER APPROVING SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS, ETC. - 2

the trustee may pay the above named creditors, in the order of their liens, to the extent funds are available.

IT IS FURTHER ORDERED that the buyer's premium or carveout of $15,000.00 is approved. Calculation of the Trustee's maximum compensation in this case, pursuant to 11 U.S.C. §326, may include the applicable percentage amount for monies disbursed as a result of this sale transaction. However, such amount resulting from this transaction shall not exceed one half of the buyer's premium/carve out amount less any allowed fees incurred by the trustee's attorney in connection with this sale, unless timely filed unsecured claims are paid in full. At least one half of the buyer's premium/carveout will be distributed to unsecured creditors, unless full payment of timely filed unsecured claims requires less than that amount.

IT IS FURTHER ORDERED that the Trustee has the power to sign all documents necessary to effectuate the sale approved by this Order, including conveyance of the real property to consummate the sale. The escrow agent for this transaction is authorized to pay normal and customary costs of sale, including real property taxes, water and sewer charges, seller's portion of title insurance premiums, real estate commissions, recording fees and miscellaneous costs of sale. The escrow agent is further authorized to pay the lien claims of Wisconsin Housing and Economic Development Authority and UW Credit Union in the amounts shown above, and remit net proceeds of sale in any amount no smaller than $15,000 to the Trustee.

IT IS FURTHER ORDERED that the automatic stay under FRBP 6004(h) shall not apply to the transaction approved by this order.

IT IS FINALLY ORDERED that this Court finds the purchaser in this transaction to be a good faith purchaser for value.

///End of Order///

ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, ETC. - 3

Michael P. Harris, Attorney at Law
1001 Fourth Avenue, Ste. 4400
Seattle, WA 98154
(206)622-7434

1

Presented by:

2

/s/Michael P. Harris
3  By: Michael P. Harris
WSBA# 13506

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER APPROVING SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS, ETC. - 4

Michael P. Harris, Attorney at Law
1001 Fourth Avenue, Ste. 4400
Seattle, WA 98154
(206)622-7434