Judge Christopher M. Alston
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON **AT SEATTLE**

In re:

CURTIS, MARGARET D

Debtor(s).

No. 17-14410-CMA

**REPORT ON SALE**

COMES NOW the Trustee, Edmund Wood, and submits this Report on Sale of Real Property Located at 2828 N 83rd St, Milwaukee Wi 53222

The details can be found on the attachment hereto and are summarized as follows:

| | | |
|---|---|---|
| Contract Sales Price: | | $95,000.00 |
| Buyer's Premium: | | $15,000.00 |
| **Total Funds Received from Buyer:** | | **$110,000.00** |
| Less: | | |
| | First Secured Lien: Wisconsin Housing and Economic Development | $81,430.69 |
| | Payment to Release Mortgage Lien only – UW Credit Union | $2,000.00 |
| | Re/Max Realty – Realtor Commission | $3,325.00 |
| | Coldwell Banker – Realtor Commission | $2,375.00 |
| | Title 100 Inc – Title Insurance | $1,180.00 |
| | Title 100 Inc – Closing Fee | $347.50 |
| | Milwaukee County Treasurer – Tax Proration 1/1/18-9/28/18 | $2,144.62 |
| | Milwaukee County Treasurer – Transfer Fee | $285.00 |
| | City of Milwaukee – Paving Assessment Utility | $689.53 |
| | Milwaukee Water Works – Water/sewer Utility | $847.89 |
| | Milwaukee Water Works – Water/Sewer Proration 6/11/18-9/28/18 | $374.77 |
| **Proceeds of Sale to the Estate** | | **$15,000.00** |

DATED October 16, 2018

_/s/  Edmund Wood_
Edmund Wood, WSB # 03695

REPORT ON SALE

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

American Land Title Association

ALTA Settlement Statement - Combined
Adopted 05-01-2015

## Title 100, Inc.
### ALTA Universal ID 1064472
### 5552 S. 108TH ST.
### HALES CORNERS, WI 53130

**File No./Escrow No.:** RLS68809
**Print Date & Time:** September 26, 2018 at 10:08 AM
**Officer/Escrow Officer:** TITLE 100, INC.
**Settlement Location:** COLDWELL BANKER
6000 N. PORT WASHINGON RD.
GLENDALE, WI 53217
414-962-3900

**Property Address:** 2828 N. 83RD STREET
MILWAUKEE, WI 53222

**Borrower:** STEPHEN A. FIEBIG
**Seller:** MARGARET D. CURTIS SUBJECT TO PENDING BANKRUPTCY CASE NO. 17-14410-CMA
**Lender:** SUMMIT CREDIT UNION
**Settlement Date:** September 28, 2018
**Disbursement Date:** September 28, 2018

| Seller Debit | Seller Credit | Description | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | $ 95,000.00 | Sale Price of Property | $ 95,000.00 | |
| | | Deposit | | $ 1,000.00 |
| | | Loan Amount | | $ 90,250.00 |
| | | Lender Credits | | $ 500.00 |
| | | **Prorations/Adjustments** | | |
| $ 2,144.62 | | Tax Proration 01/01/18 to 09/28/18 | | $ 2,144.62 |
| $ 374.77 | | Wtr/Swr Proration 06/11/18 to 09/28/18 | | $ 374.77 |
| | | **Loan Charges to SUMMIT CREDIT UNION** | | |
| | | .25% of Loan Amount (Points) ORIGINATION FEE | $ 225.63 | |
| | | POC $ 425.00 Paid by Borrower before closing | | |
| | | Prepaid Interest $11.13 per day from 09/28/18 to 10/01/18 | $ 33.39 | |
| | | **Other Loan Charges** | | |
| | | APPRAISAL FEE to DART APPRAISAL | $ 385.00 | |
| | | CREDIT REPORT FEE to EQUIFAX CREDIT | $ 21.31 | |

Copyright 2015 American Land Title Association
All rights reserved

(RLS68809.PFD/RLS68809/21)
Printed on 09/26/18 at 10:08 AM

| Seller Debit | Seller Credit | Description | Payee | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|---|
| | | FLOOD CERT FEE | to FZDS | $ 9.00 | |
| | | TAX SERVICE FEE | to INFO-PRO MORTGAGE SERVICES | $ 55.00 | |

**Impounds**

| Seller Debit | Seller Credit | Description | Payee | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|---|
| | | Homeowner's Insurance 2 mo @ $55.75 /mo | | $ 111.50 | |
| | | Property Taxes 11 mo @ $241.59 /mo | | $ 2,657.49 | |
| | | Aggregate Adjustment | | $ -167.25 | |

**Title Charges & Escrow / Settlement Charges**

| Seller Debit | Seller Credit | Description | Payee | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|---|
| | | Title - Lender's Title Insurance to Title 100, Inc. Coverage: $90,250.00 Premium: $350.00 | | $ 350.00 | |
| $ 1,180.00 | | Title - Owner's Title Insurance to Title 100, Inc. Coverage: $95,000.00 Premium: $1,180.00 | | | |
| | | Title - CLOSING FEE | to Title 100, Inc. | $ 135.00 | |
| $ 347.50 | | Title - Seller's Closing Fee | to Title 100, Inc. | | |
| | | Title - WIRE FEE | to Title 100, Inc. | $ 35.00 | |
| | | Title - Seller's Closing Fee | to Title 100, Inc. | $ 347.50 | |
| | | Title - ADDITIONAL TITLE FEES | to Title 100, Inc. | $ 175.00 | |

**Commission**

| Seller Debit | Seller Credit | Description | Payee | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|---|
| $ 3,325.00 | | Commission (minus $1,000 Deposit) | to RE/MAX Realty 100 | | |
| $ 2,375.00 | | Commission | to Coldwell Banker | | |

**Government Recording and Transfer Charges**

| Seller Debit | Seller Credit | Description | Payee | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|---|
| | | Recording Fees Deed:$30.00 Mortgage:$30.00 | to Register of Deeds | $ 60.00 | |
| $ 285.00 | | Transfer Fee | to Register of Deeds | | |

**Payoffs**

| Seller Debit | Seller Credit | Description | Payee | Borrower/Buyer Debit | Borrower/Buyer Credit |
|---|---|---|---|---|---|
| $ 81,430.69 | | Payoff of First Mortgage Loan WHEDA | to Wisconsin Housing and Economic Development | | |

Copyright 2015 American Land Title Association
All rights reserved

| Seller | | | | Borrower/Buyer | |
|---|---|---|---|---|---|
| Debit | Credit | | | Debit | Credit |
| $ 2,000.00 | | ~~Payoff of Second Mortgage Loan~~ PAYMENT TO RELEASE MORTGAGE LIEN ONLY to UW Credit Union | | | |

**Miscellaneous**

| | | | | | |
|---|---|---|---|---|---|
| $ 847.89 | | Water/Sewer Balance Due | to Milwaukee Water Works | | |
| $ 689.53 | | Paving Assessment Balance Due | to City of Milwaukee | | |
| | | Bankruptcy Premium | to Edmund J. Wood, Trustee | $ 15,000.00 | |
| | | Homeowner's Insurance Premium (12 mo.) POC $ 669.00 Paid by Borrower before closing | to AAA | | |
| $ 95,000.00 | $ 95,000.00 | **Subtotals** | | $ 114,433.57 | $ 94,269.39 |
| | | **Balance Due FROM** | | | $ 20,164.18 |
| $ 95,000.00 | $ 95,000.00 | **TOTALS** | | $ 114,433.57 | $ 114,433.57 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Title 100, Inc. to cause the funds to be disbursed in accordance with this statement.

_____
STEPHEN A. FIEBIG

_____
EDMUND J. WOOD, CH. 7 TRUSTEE

_____
TITLE 100, INC., Escrow Officer

Copyright 2015 American Land Title Association
All rights reserved