**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-14410-CMA |
| | § | |
| MARGARET D CURTIS | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>10/06/2017</u>. The undersigned trustee was appointed on <u>10/06/2017</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $119,584.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $12,089.31 |
| Bank service fees | $120.77 |
| Other Payments to creditors | $83,430.69 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $23,943.23 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/12/2018 and the deadline for filing government claims was 02/12/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,229.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,087.99, for a total compensation of $7,087.99[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $51.38, for total expenses of $51.38.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/17/2018      By: /s/ Edmund Wood
                                               Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1    Exhibit A

| | |
|---|---|
| **Case No.:** | 17-14410-CMA |
| **Case Name:** | CURTIS, MARGARET D |
| **For the Period Ending:** | 10/17/2018 |
| **Trustee Name:** | Edmund J. Wood |
| **Date Filed (f) or Converted (c):** | 10/06/2017 (f) |
| **§341(a) Meeting Date:** | 11/09/2017 |
| **Claims Bar Date:** | 02/12/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions, and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2828 N 83rd St Milwaukee, WI - 53222-0000 Milwaukee County [303-0997-000] | $125,000.00 | $20,050.00 | | $110,000.00 | FA |
| **Asset Notes:** | 08/02/18 - payoff for 1st is $90,505.34 as of today<br>09/24/18 - dkt 33 - Order Auth Sale at $95,000; BP of $15,000 | | | | | |
| 2 | 2006 Toyota Rav4 | $3,500.00 | $0.00 | | $0.00 | FA |
| 3 | Household Goods and Furnishings | $1,500.00 | $0.00 | | $0.00 | FA |
| 4 | Computers, game consoles, tablets, stereo equipent, cell phones, and other electronic equipment | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Cash on hand | $20.00 | $0.00 | | $0.00 | FA |
| 8 | Checking and/or savings | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | IRA/ERISA/401k/Federal/State Retirement/Pension/Profit Sharing | $60,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 12/11/17 - docket 24 - amended exemption; claims $60,000 under 11 USC 522 (d)(12) | | | | | |
| 10 | Rents - 2828 N 83rd St, Milwaukee (Asset #1) | Unknown | $9,584.00 | | $9,584.00 | FA |
| **TOTALS (Excluding unknown value)** | | $192,220.00 | $29,634.00 | | $119,584.00 | **Gross Value of Remaining Assets**<br>$0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 12/08/2017 | Objections to exemptions filed |
| 11/27/2017 | Ex Parte Order Authorizing Employment of Kai Rainey and Re/Max Eastside Brokers as Real Estate Agent for the Trustee; and Andy Soiney and Re/Max 100 as Real Estate Marketing Agent for the Trustee |
| 11/07/2017 | Order Authorizing Employment of Michael Harris as Attorney for Trustee |

**Initial Projected Date Of Final Report (TFR):** 11/01/2018    **Current Projected Date Of Final Report (TFR):** 11/01/2018

/s/ EDMUND J. WOOD

EDMUND J. WOOD

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-14410-CMA | | Trustee Name: | Edmund Wood |
|---|---|---|---|---|
| Case Name: | CURTIS, MARGARET D | | Bank Name: | First Sound Bank |
| Primary Taxpayer ID #: | **-***4093 | | Checking Acct #: | ******4490 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 10/6/2017 | | Blanket bond (per case limit): | $78,753,461.00 |
| For Period Ending: | 10/17/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/18/2017 | (10) | Margaret D. Curtis | Rent on Milwaukee house | | 1122-000 | $82.00 | | $82.00 |
| 12/18/2017 | (10) | Margaret D. Curtis | Rent on Milwaukee house; check on closed account | | 1122-000 | $961.00 | | $1,043.00 |
| 12/22/2017 | (10) | DEP REVERSE: Margaret D. Curtis | Rent on Milwaukee house; check on closed account | | 1122-000 | ($961.00) | | $82.00 |
| 12/28/2017 | | Renters Warehouse Milwaukee | December 2017 | | * | $1,146.00 | | $1,228.00 |
| | {10} | | Rent | $1,250.00 | 1122-000 | | | $1,228.00 |
| | | | Renters Warehouse - eviction protection plan | $(15.00) | 2690-000 | | | $1,228.00 |
| | | | Renters Warehouse - fee | $(89.00) | 2690-000 | | | $1,228.00 |
| 12/29/2017 | | First Sound Bank | NSF fee | | 2600-000 | | $7.00 | $1,221.00 |
| 01/09/2018 | (10) | Margaret D. Curtis | Replace NSF check | | 1122-000 | $960.00 | | $2,181.00 |
| 02/13/2018 | | Renters Warehouse Milwaukee | January & February 2018 | | * | $2,292.00 | | $4,473.00 |
| | {10} | | Rent | $2,500.00 | 1122-000 | | | $4,473.00 |
| | | | Renters Warehouse - eviction protection plan | $(30.00) | 2690-000 | | | $4,473.00 |
| | | | Renters Warehouse - fees | $(178.00) | 2690-000 | | | $4,473.00 |
| 03/26/2018 | | Renters Warehouse Milwaukee | March 2018 | | * | $1,146.00 | | $5,619.00 |
| | {10} | | Rent | $1,250.00 | 1122-000 | | | $5,619.00 |
| | | | Renters Warehouse - eviction protection plan | $(15.00) | 2690-000 | | | $5,619.00 |
| | | | Renters Warehouse - fee | $(89.00) | 2690-000 | | | $5,619.00 |
| 04/23/2018 | | Renters Warehouse Milwaukee | April | | * | $1,146.00 | | $6,765.00 |
| | {10} | | Rent | $1,250.00 | 1122-000 | | | $6,765.00 |
| | | | Renters Warehouse - eviction protection plan | $(15.00) | 2690-000 | | | $6,765.00 |
| | | | Renters Warehouse - management fee | $(89.00) | 2690-000 | | | $6,765.00 |
| 06/25/2018 | (10) | Renters Warehouse Milwaukee | Rents - May, June 2018 | | 1122-000 | $2,292.00 | | $9,057.00 |
| 08/31/2018 | | First Sound Bank | Bank Service Fee | | 2600-000 | | $56.92 | $9,000.08 |
| 09/30/2018 | | First Sound Bank | Bank Service Fee | | 2600-000 | | $56.85 | $8,943.23 |
| | | | | | SUBTOTALS | $9,064.00 | $120.77 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 17-14410-CMA | **Trustee Name:** | Edmund Wood |
| **Case Name:** CURTIS, MARGARET D | **Bank Name:** | First Sound Bank |
| **Primary Taxpayer ID #:** **-***4093 | **Checking Acct #:** | ******4490 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | Checking |
| **For Period Beginning:** 10/6/2017 | **Blanket bond (per case limit):** | $78,753,461.00 |
| **For Period Ending:** 10/17/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/03/2018 | | Title 100, Inc. | 2828 N 83rd St Milwaukee, WI | * | $15,000.00 | | $23,943.23 |
| | {1} | | Contract purchase price | $95,000.00 | 1110-000 | | $23,943.23 |
| | {1} | | Buyer's Premium | $15,000.00 | 1110-000 | | $23,943.23 |
| | | | Wisconsin Housing & Economic Development - 1st secured lien | $(81,430.69) | 4110-000 | | $23,943.23 |
| | | | UW Credit Union - Payment to Release Mortgage Lien only | $(2,000.00) | 4120-000 | | $23,943.23 |
| | | | Re/Max Realty - Realtor Commission | $(3,325.00) | 3510-000 | | $23,943.23 |
| | | | Coldwell Banker - Realtor Commission | $(2,375.00) | 3510-000 | | $23,943.23 |
| | | | Title 100 Inc - Title Insurance | $(1,180.00) | 2500-000 | | $23,943.23 |
| | | | Title 100 Inc - Closing Fee | $(347.50) | 2500-000 | | $23,943.23 |
| | | | Milwaukee Co. Treasurer - Tax Proration 1/1/18-9/28/18 | $(2,144.62) | 2820-000 | | $23,943.23 |
| | | | Milwaukee Co. Treasurer - Transfer Fee | $(285.00) | 2820-000 | | $23,943.23 |
| | | | City of Milwaukee - Paving Assessment Utility | $(689.53) | 2500-000 | | $23,943.23 |
| | | | Milwaukee Water Works - Water/Sewer Utility | $(847.89) | 2500-000 | | $23,943.23 |
| | | | Milwaukee Water Works - Water/Sewer Proration 6/11/18-9/28/19 | $(374.77) | 2500-000 | | $23,943.23 |
| | | | | **SUBTOTALS** | $15,000.00 | $0.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3    Exhibit B

| | |
|---|---|
| **Case No.** | 17-14410-CMA |
| **Case Name:** | CURTIS, MARGARET D |
| **Primary Taxpayer ID #:** | **-***4093 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/6/2017 |
| **For Period Ending:** | 10/17/2018 |

| | |
|---|---|
| **Trustee Name:** | Edmund Wood |
| **Bank Name:** | First Sound Bank |
| **Checking Acct #:** | ******4490 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $78,753,461.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $24,064.00 | $120.77 | $23,943.23 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $24,064.00 | $120.77 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $24,064.00 | $120.77 | |

| For the period of 10/6/2017 to 10/17/2018 | | For the entire history of the account between 12/18/2017 to 10/17/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $119,584.00 | Total Compensable Receipts: | $119,584.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $119,584.00 | Total Comp/Non Comp Receipts: | $119,584.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $95,640.77 | Total Compensable Disbursements: | $95,640.77 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $95,640.77 | Total Comp/Non Comp Disbursements: | $95,640.77 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4    Exhibit B

| Case No. | 17-14410-CMA | Trustee Name: | Edmund Wood |
|---|---|---|---|
| Case Name: | CURTIS, MARGARET D | Bank Name: | First Sound Bank |
| Primary Taxpayer ID #: | **-***4093 | Checking Acct #: | ******4490 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 10/6/2017 | Blanket bond (per case limit): | $78,753,461.00 |
| For Period Ending: | 10/17/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $24,064.00 | $120.77 | $23,943.23 |

| For the period of 10/6/2017 to 10/17/2018 | | For the entire history of the case between 10/06/2017 to 10/17/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $119,584.00 | Total Compensable Receipts: | $119,584.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $119,584.00 | Total Comp/Non Comp Receipts: | $119,584.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $95,640.77 | Total Compensable Disbursements: | $95,640.77 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $95,640.77 | Total Comp/Non Comp Disbursements: | $95,640.77 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ EDMUND WOOD

EDMUND WOOD

CLAIM ANALYSIS REPORT             Page No: 1        Exhibit C

| Case No. | 17-14410-CMA | Trustee Name: | Edmund J. Wood |
| Case Name: | CURTIS, MARGARET D | Date: | 10/17/2018 |
| Claims Bar Date: | 02/12/2018 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EDMUND WOOD<br><br>303 N. 67th Street<br>Seattle WA 98103-5209 | 10/17/2018 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $9,229.20 | $7,087.99 | $0.00 | $0.00 | $0.00 | $7,087.99 |
| | EDMUND WOOD<br><br>303 N. 67th Street<br>Seattle WA 98103-5209 | 10/17/2018 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $51.38 | $51.38 | $0.00 | $0.00 | $0.00 | $51.38 |
| | MICHAEL P HARRIS<br><br>1001 Fourth Avenue, Ste. 4400<br>Seattle WA 98154 | 10/16/2018 | Administrative - Attorney Expenses | Allowed | 3220-000 | $0.00 | $198.26 | $198.26 | $0.00 | $0.00 | $0.00 | $198.26 |
| | MICHAEL P HARRIS<br><br>1001 Fourth Avenue, Ste. 4400<br>Seattle WA 98154 | 10/16/2018 | Administrative - Attorney Fees | Allowed | 3210-000 | $0.00 | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |
| | FIRST SOUND BANK<br><br>925 Fourth Ave #2350<br>Seattle WA 98104 | 01/03/2018 | Administrative - Bank fees | Allowed | 2600-000 | $0.00 | $120.77 | $120.77 | $120.77 | $0.00 | $0.00 | $0.00 |
| Util | CITY OF MILWAUKEE | 10/16/2018 | Administrative - Costs of Sale | Allowed | 2500-000 | $0.00 | $689.53 | $689.53 | $689.53 | $0.00 | $0.00 | $0.00 |
| Title | TITLE 100 INC | 10/16/2018 | Administrative - Costs of Sale | Allowed | 2500-000 | $0.00 | $1,527.50 | $1,527.50 | $1,527.50 | $0.00 | $0.00 | $0.00 |
| Util2 | MILWAUKEE WATER WORKS | 10/16/2018 | Administrative - Costs of Sale | Allowed | 2500-000 | $0.00 | $1,222.66 | $1,222.66 | $1,222.66 | $0.00 | $0.00 | $0.00 |
| Exp | RENTERS WAREHOUSE MILWAUKEE<br>110 E Grand Ave<br>Port Washington WI 58074 | 04/30/2018 | Administrative - Other | Allowed | 2690-000 | $0.00 | $75.00 | $75.00 | $75.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** eviction protection pan

| Fee | RENTERS WAREHOUSE MILWAUKEE<br>110 E Grand Ave<br>Port Washington WI 58074 | 04/30/2018 | Administrative - Other | Allowed | 2690-000 | $0.00 | $445.00 | $445.00 | $445.00 | $0.00 | $0.00 | $0.00 |
| Tax | MILWAUKEE COUNTY TREASURER | 10/16/2018 | Administrative - Other - Tax | Allowed | 2820-000 | $0.00 | $2,429.62 | $2,429.62 | $2,429.62 | $0.00 | $0.00 | $0.00 |

| Case No. | 17-14410-CMA | | | Trustee Name: | Edmund J. Wood |
|---|---|---|---|---|---|
| Case Name: | CURTIS, MARGARET D | | | Date: | 10/17/2018 |
| Claims Bar Date: | 02/12/2018 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RealS | COLDWELL BANKER | 10/16/2018 | Administrative - Realtor Commission | Allowed | 3510-000 | $0.00 | $2,375.00 | $2,375.00 | $2,375.00 | $0.00 | $0.00 | $0.00 |
| RealT | RE/MAX REALTY | 10/16/2018 | Administrative - Realtor Commission | Allowed | 3510-000 | $0.00 | $3,325.00 | $3,325.00 | $3,325.00 | $0.00 | $0.00 | $0.00 |
| Sec | WISCONSIN HOUSING AND ECONOMIC DEVELOPMENT | 10/16/2018 | Secured - Real Property - Consensual | Allowed | 4110-000 | $0.00 | $81,430.69 | $81,430.69 | $81,430.69 | $0.00 | $0.00 | $0.00 |
| lien | US CREDIT UNION | 10/16/2018 | Secured - Real Property - Non-consensual | Allowed | 4120-000 | $0.00 | $2,000.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| 2a | WISCONSIN DEPARTMENT OF REVENUE<br>Special Procedures Unit<br>PO Box 8901<br>Madison WI 53708-8901 | 11/21/2017 | Priority - Taxing Authority Claim | Allowed | 5800-000 | $0.00 | $3,118.08 | $3,118.08 | $0.00 | $0.00 | $0.00 | $3,118.08 |
| 3a | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>Philadelphia PA 19101 | 11/29/2017 | Priority - Taxing Authority Claim | Allowed | 5800-000 | $0.00 | $9,565.61 | $9,565.61 | $0.00 | $0.00 | $0.00 | $9,565.61 |
| 1 | DISCOVER BANK<br>Discover Product Inc<br>PO BOX 3025<br>New Albany OH 43054 | 11/17/2017 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $86.71 | $86.71 | $0.00 | $0.00 | $0.00 | $86.71 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 01/31/2018 | Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,380.83 | $7,380.83 | $0.00 | $0.00 | $0.00 | $7,380.83 |

**Claim Notes:** PYOD / Citibank / Resurgent Capital / Citi Simplicity

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 17-14410-CMA | | | | | | | **Trustee Name:** | Edmund J. Wood | | |
| **Case Name:** | CURTIS, MARGARET D | | | | | | | **Date:** | 10/17/2018 | | |
| **Claims Bar Date:** | 02/12/2018 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2b | WISCONSIN DEPARTMENT OF REVENUE<br>Special Procedures Unit<br>PO Box 8901<br>Madison WI 53708-8901 | 11/20/2017 | Fines & Penalties - Tax claims | Allowed | 7300-000 | $0.00 | $85.05 | $85.05 | $0.00 | $0.00 | $0.00 | $85.05 |
| 3b | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>Philadelphia PA 19101 | 11/29/2017 | Fines & Penalties - Tax claims | Allowed | 7300-000 | $0.00 | $606.26 | $606.26 | $0.00 | $0.00 | $0.00 | $606.26 |
| | | | | | | $127,712.15 | $125,570.94 | $95,640.77 | $0.00 | $0.00 | | $29,930.17 |

| Case No. | 17-14410-CMA | Trustee Name: | Edmund J. Wood |
| Case Name: | CURTIS, MARGARET D | Date: | 10/17/2018 |
| Claims Bar Date: | 02/12/2018 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Administrative - Attorney Expenses | $198.26 | $198.26 | $0.00 | $0.00 | $0.00 | $198.26 |
| Administrative - Attorney Fees | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |
| Administrative - Bank fees | $120.77 | $120.77 | $120.77 | $0.00 | $0.00 | $0.00 |
| Administrative - Costs of Sale | $3,439.69 | $3,439.69 | $3,439.69 | $0.00 | $0.00 | $0.00 |
| Administrative - Other | $520.00 | $520.00 | $520.00 | $0.00 | $0.00 | $0.00 |
| Administrative - Other - Tax | $2,429.62 | $2,429.62 | $2,429.62 | $0.00 | $0.00 | $0.00 |
| Administrative - Realtor Commission | $5,700.00 | $5,700.00 | $5,700.00 | $0.00 | $0.00 | $0.00 |
| Fines & Penalties - Tax claims | $691.31 | $691.31 | $0.00 | $0.00 | $0.00 | $691.31 |
| Priority - Taxing Authority Claim | $12,683.69 | $12,683.69 | $0.00 | $0.00 | $0.00 | $12,683.69 |
| Secured - Real Property - Consensual | $81,430.69 | $81,430.69 | $81,430.69 | $0.00 | $0.00 | $0.00 |
| Secured - Real Property - Non-consensual | $2,000.00 | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $9,229.20 | $7,087.99 | $0.00 | $0.00 | $0.00 | $7,087.99 |
| Trustee Expenses | $51.38 | $51.38 | $0.00 | $0.00 | $0.00 | $51.38 |
| Unsecured 726(a)(2) | $7,467.54 | $7,467.54 | $0.00 | $0.00 | $0.00 | $7,467.54 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 17-14410-CMA
Case Name: MARGARET D CURTIS
Trustee Name: Edmund Wood

| | Balance on hand: | $23,943.23 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| Sec | Wisconsin Housing and Economic Development | $81,430.69 | $81,430.69 | $81,430.69 | $0.00 |
| lien | US Credit Union | $2,000.00 | $2,000.00 | $2,000.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $23,943.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Edmund Wood, Trustee Fees | $7,087.99 | $0.00 | $7,087.99 |
| Edmund Wood, Trustee Expenses | $51.38 | $0.00 | $51.38 |
| Michael P Harris, Attorney for Trustee Fees | $1,750.00 | $0.00 | $1,750.00 |
| Michael P Harris, Attorney for Trustee Expenses | $198.26 | $0.00 | $198.26 |

Total to be paid for chapter 7 administrative expenses: $9,087.63
Remaining balance: $14,855.60

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $14,855.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,683.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2a | Wisconsin Department of Revenue | $3,118.08 | $0.00 | $3,118.08 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 3a | Internal Revenue Service | $9,565.61 | $0.00 | $9,565.61 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $12,683.69 |
| Remaining balance: | $2,171.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,467.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $86.71 | $0.00 | $25.22 |
| 4 | PYOD, LLC | $7,380.83 | $0.00 | $2,146.69 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $2,171.91 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $691.31 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2b | Wisconsin Department of Revenue | $85.05 | $0.00 | $0.00 |
| 3b | Internal Revenue Service | $606.26 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**